IN ...iE UNITED STATES DISTRICT COuRT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    October 4, 1999


BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


RAFAEL ROSARIO-FRANQUI, et al

vs                                        CIVIL 98-1896CCC

POLICE OFFICE JOSE NEGRON-VAZQUEZ,
et al


        By order of the Court, the Motion to Withdraw (**docket entry 22**) is GRANTED, the

Notice of Appearance (**docket entry 23**) is NOTED.  The Clerk of Court shall take notice

of defendants' new representation.  Parties to be notified.


                                          ∽ - Secretary


s/c · I. Vega
      E. Hidalgo
      I. Espada


OCT - 5 1999