IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                October 19, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

RAFAEL ROSARIO-FRANQUI, et al

vs                                    CIVIL 98-1896CCC

POL. OFFICER JOSE NEGRON-VAZQUEZ

By order of the Court, the **pretrial conference set for October 20, 1999 is reset for November 8, 1999 at 4:45 PM.** Parties to be notified.

                                            /s/ - Secretary

s/c: J. Vega
     E. Hidalgo
     J. Espada

OCT 25 1999