IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                          November 8, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

RAFAEL ROSARIO-FRANQUI, et al

vs                                              CIVIL 98-1896CCC

JOSE NEGRON-VAZQUEZ, et al

By order of the Court the pretrial conference set for today is vacated pending ruling on the Motion for Summary Judgment. Parties notified by telephone.

                                                - Secretary

Notified by telephone:

E. Hildado-Nazario and I. Vega-Lasalle 262-4358 (Damaris)

I. Espada-Martínez 721-5636 (Lcda. L. Doble)

AUSA F. Sevillano-del-Río 282-1829 (Myrna Ferrer - ans. machine)

11-8-99

s/c I. Vega
    E. Hidalgo
    I. Espada
    L. Doble