## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RAFAEL ROSARIO-FRANQUI and
ELIZABETH PADIN-HERNANDEZ on
their own behalf and on behalf of the
conjugal partnership constituted by them

Plaintiff

vs                                      CIVIL 98-1896CCC

POLICE OFFICER JOSE NEGRON-
VAQUEZ, individually and in his capacity as
Puerto Rico Police Officer; FELIX M.
MELENDEZ-RAMOS, MIGNA
MONTAÑEZ, individually and in their
capacities as Puerto Rico Agent Officers;
LUIS A. SERRANO-ROJAS, individually and
in his capacity as Puerto Rico Police Sergeant;
OFFICER PEDRO TOLEDO-DAVILA in his
personal capacity, JOHN DOE and JANE
DOE, unknown police officers of the
Commonwealth of Puerto Rico

Defendants

# O R D E R

The Court has before it an unopposed Motion for Summary Judgment (**docket entry 14**) and Motion to Adjudicate Unopposed Motion for Summary Judgment (**docket entry 20**) filed by defendants José Negrón-Vázquez, Félix M. Meléndez-Ramos, Myrna Montañez, Luis A. Serrano-Rojas and Pedro Toledo-Dávila.  Plaintiffs are GRANTED a final term of ten (10) days after notice to file their opposition to defendants' dispositive motion.  Failure to comply with the Court's Order shall result in the dismissal of the complaint for lack of prosecution.

SO ORDERED.

At San Juan, Puerto Rico, on November 24, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

NOV 29 1999