IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS  November 23, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge



RAFAEL ROSARIO-FRANQUI, et al

vs   CIVIL 98-1896CC

POLICE OFFICER JOSE NEGRON-VAZQUEZ,
et al

By order of the Court, the Motion Requesting Leave to Withdraw as Attorney of Record for Co-defendants and Notice of Appearance (**docket entry 30**) is GRANTED as requested. The Informative Motion (**docket entry 32**) is NOTED. Parties to be notified.

- Secretary