IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              December 6, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

RAFAEL ROSARIO-FRANQUI, et la

vs                                                  CIVIL 98-1896CCC

POLICE OFFICER JOSE NEGRON-VAZQUEZ,
et al

By order of the Court, the **trial of this civil action set for December 7, 1999 is VACATED until further notice** due to conflict of calendar with ongoing trials in the cases of <u>United States v. Nicolai Cabassa</u>, Cr.95-0405 and <u>United States v. Cáceres</u>, Cr.98-0292. Parties notified by telephone.

- Secretary