IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                         January 31, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

RAFAEL ROSARIO-FRANQUI, et al

vs                                            CIVIL 98-1896CCC

POLICE OFFICER JOSE NEGRON-VAZQUEZ,
et al

By order of the Court, the **jury trial of this case is rescheduled for May 4, 2000 at 9:30 AM.** Case is referred to U.S. Magistrate Castellanos for setting of a settlement conference during March or April 2000. Parties to be notified.

⎯ - Secretary


