IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL ROSARIO-FRANQUI, et al.,

　　　　Plaintiffs

　　　　v.                                        CIVIL NO. 98-1896(CCC)

POLICE OFFICER JOSE NEGRON-VAZQUEZ, et al.,

　　　　Defendants

## ORDER

This magistrate judge hereby disqualifies from further participation in this case. The Clerk is to reassign this case to another magistrate judge.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of February, 2000.

　　　　　　　　　　　　　　　　　　J. ANTONIO CASTELLANOS
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)