IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RAFAEL ROSARIO FRANQUI

_____

v.                                      Case No.: 98-1896 (ccc)

JOSE NEGRON VAZQUEZ
et al.

O R D E R

_____

MOTION                                      RULING

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Date:
Filed:              Docket :        *    A settlement conference
                                    *
( ) Plffs      ( ) Defts            *    is set for March 13, 2000
                                    *
( ) Other                           *    at 11:30 AM.
                                    *
Title:_____               *
                                    *
_____               *
                                    *
_____               *
                                    *
_____               *

Date 2/9/00  U. S. District Judge  / ✓/ U. S. Magistrate Judge

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Date:
Filed:              Docket:         *    S/C: I. Vega
                                    *        E. Hidalgo
( ) Plffs      ( ) Defts            *        L. Doble
                                    *
( ) Other                           *
                                    *
Title:_____               *
                                    *
_____               *
                                    *
_____               *
                                    *
_____               *
                                    *
_____               *

Date   /  / U. S. District Judge /  / U. S. Magistrate Judge