UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rafael Rosario-Franqui, et al

Plaintiff

v.                                                                Case No.  Civ. 98-1896 (CCC)

José Negrón-Vázquez, et al

Defendant(s)

## ORDER

By order of the Court the above captioned case set herein for:

**STATUS CONFERENCE**
on _____ at _____ is hereby reset for
_____ at _____ before _____

**SETTLEMENT CONFERENCE that was set for:**

    _March 13, 2000_ at _11:30 a. m._ is hereby reset for
    _March 13, 2000_ at _2:00 p. m._ before _Justo Arenas_
                                                                              U. S. Magistrate Judge

**SOME DISPOSITION HEARING**
on _____ at _____ is hereby reset for
_____ at _____ before _____

**IT IS SO ORDERED**

This _24th_ day of _February, 2000_

FRANCES RIOS DE MORAN
Clerk of Court

By: _____
Deputy Clerk