IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL ROSARIO FRANQUI, et al.,

Plaintiffs

v.                                          CIVIL 98-1896 (CCC)

POLICE OFFICER JOSÉ NEGRÓN
VÁZQUEZ, et al.,

Defendants

SETTLEMENT CONFERENCE REPORT

At today's conference, plaintiffs were represented by Iván Vega Lassalle, Esq., defendants by Francisco A. Ojeda Diez, Esq.

Because of the unopposed Motion for Summary Judgment (Docket No. 14), Motion to Adjudicate Unopposed Motion for Summary Judgment (Docket No. 20), the court's Order of November 24, 1999 (Docket No. 33), and the unopposed Motion for Entry of Judgment, filed by the defense on February 4, 2000, (Docket No. 39), defendants informed that this case has no possibility of settlement.

In San Juan, Puerto Rico, this 13th day of March, 2000.

s/c: I. Vega
E. Hidalgo
L. Doble
3-14-00

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)