IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    March 30, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

RAFAEL ROSARIO-FRANKI, et al

vs                                         CIVIL 98-1896CCC

POLICE OFFICER JOSE NEGRON-VAZQUEZ,
et al

    By order of the Court, the Motion to Request Leave and to Submit Supplement to Defendants' Motion for Summary Judgment (**docket entry 27**) is GRANTED. The Supplement to Defendants' Motion for Summary Judgment tendered on October 8, 1999 is ORDERED filed. Parties to be notified.

          - Secretary