IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                April 6, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

RAFAEL ROSARIO-FRANQUI, et al

vs                                                    CIVIL 98-1896CCC

POLICE OFFICER JOSE NEGRON-VAZQUEZ,
et al

By order of the Court, a **pretrial conference is hereby set for June 8, 2000 at 4:45 PM, settlement conference is set for July 28, 2000 at 4:45 PM and the jury trial is reset for August 16, 2000 at 9:30 AM.** Parties to be notified.

*ml* - Secretary

s/c: I. Vega
     E. Hidalgo
     J. Doble
     Jury Clerk