IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                               April 11, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

RAFAEL ROSARIO FRANQUI, et al

vs                                                   CIVIL 98-1896CCC

POLICE OFFICER JOSE NEGRON-VAZQUEZ,
et al

      Having considered the Motion Requesting Leave to Withdraw as Counsel of Record (**docket entry 48**), the same is GRANTED. Attorney Lynn Doble-Salicrup is relieved of further responsibility. The Federal Litigation Division shall announce forthwith the new attorney in charge of the representation of defendants Toledo, Negrón-Vázquez, Meléndez-Ramos, Montañez and Serrano. Parties to be notified.

                                              - Secretary

s/c: I. Vega
     E. Hidalgo
     L. Doble

4-13-00