IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL ROSARIO-FRANQUI and
ELIZABETH PADIN-HERNANDEZ on
their own behalf and on behalf of the conjugal
partnership constituted by them

Plaintiff

vs                                                            CIVIL 98-1896CCC

POLICE OFFICER JOSE NEGRON-
VAQUEZ, individually and in his capacity as
Puerto Rico Police Officer; FELIX M.
MELENDEZ-RAMOS, MIGNA
MONTAÑEZ, individually and in their
capacities as Puerto Rico Agent Officers; LUIS
A. SERRANO-ROJAS, individually and in his
capacity as Puerto Rico Police Sergeant;
OFFICER PEDRO TOLEDO-DAVILA in his
personal capacity, JOHN DOE and JANE
DOE, unknown police officers of the
Commonwealth of Puerto Rico

Defendants

ENTERED ON DOCKET
5-4-00 PURSUANT
TO FRCP RULES 58 & 79a

## AMENDED PARTIAL JUDGMENT

For the reasons stated in the Court's Opinion and Order filed on March 31, 2000 (**docket entry 49**) and the Ruling on Motion for Reconsideration (**docket entry 56**), it is hereby ORDERED AND ADJUDGED that the First and Fourteenth Amendment claims be DISMISSED; as well all the claims against Pedro Toledo-Dávila and all claims against police officers Luis A. Serrano-Rojas, Myrna Montañez and Felix M. Meléndez-Ramos. The excessive force claim against defendant José Negrón-Vázquez is also DISMISSED. The sole remaining claim is the cause of action based on a Fourth Amendment violation against Mr. Negrón-Vázquez for allegedly providing false information to obtain the search warrant.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on April 28, 2000.

s/c E. Hidalgo
J. Ojeda
5-4-00

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)