IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                May 11, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

RAFAEL ROSARIO FRANQUI, et al

vs                                                    CIVIL 98-1896CCC

POLICE OFFICER JOSE NEGRON-VAZQUEZ,
et al

    By order of the Court, the Motion for Entry of Judgment (**docket entry 39**) is MOOT.

    Attorney Iván Vega-Lassalle, co-counsel for plaintiffs, together with Emilio Hidalgo-Nazario, Esq., has filed an Informative Motion on April 19, 2000 (**docket entry 55**) requesting that his previous Motion to Withdraw as Legal Representative filed on March 30, 2000 (**docket entry 44**) be deemed withdrawn. Attorney Vega-Lassalle informs that the conflicts with plaintiffs and co-counsel, which resulted in his seeking to withdraw, have been resolved. Based on the information provided in docket entry 55, the previous motion to withdraw as legal representative is DEEMED MOOT. Clerk of Court and parties to take notice. Parties to be notified.

                                                    - Secretary


