IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL ROSARIO FRANQUI, et al.,

Plaintiffs

v.                                    CIVIL 98-1896 (CCC)

POLICE OFFICER JOSÉ NEGRÓN
VÁZQUEZ, et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At today's conference, plaintiffs were represented by Iván Vega Lasalle, Esq, defendant by Francisco A. Ojeda Diez, Esq.

The proposed pretrial order filed on October 13, 1999 is approved. Trial time is estimated at four days. All exhibits are to be pre-marked. Proposed *voir dire*, jury instructions and verdict forms are to be filed in accordance with Local Rule 324(1). Trial and settlement conference dates remain as scheduled. Parties are ready for trial as scheduled. However, they are also conducting good faith efforts to resolve the case.

In San Juan, Puerto Rico, this 9th day of June, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev. 8/82)