IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                July 26, 2000

BEFORE HONORABLE CARMEN CONSUELO CEREZO
United States District Judge

RAFAEL ROSARIO-FRANQUI, ET AL

Plaintiff

vs                                CIVIL 98-1896(CC)

POLICE OFFICER NEGRON-VAZQUEZ

Defendant

_____

By order of the Court, the **Pretrial Conference set for July 28, 2000 is vacated** and **rescheduled to August 4, 2000 at 4:45PM.** Parties to be notified.

Courtroom Deputy Clerk

By del:
Fco Ojeda - Sda. Robinson
E. Hidalgo (812-5503 not in person)