IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL ROSARIO ET AL
    Plaintiffs

v.

POLICE OFFICER JOSE NEGRON-
VASQUEZ ET AL
    Defendants

Civil No. 98-1896(CCC)



## PRETRIAL AND SETTLEMENT CONFERENCE REPORT

On August 4, 2000, this case was referred for a Pretrial Conference to be held with Attorneys Emilio Hidalgo (for plaintiffs) and Francisco Ojeda-Diez (for defendants).

At the Pretrial Conference Attorney Hidalgo was heard in regards to his co-counsel's motion to withdraw. Both parties discussed the status of the case and settlement alternatives. Attorney Hidalgo presented a settlement demand to which Attorney Ojeda agreed to respond by August 7, 2000. Accordingly, a Settlement/Telephone Conference was set for August 7, 2000, at 1:00 PM.

At the same time the parties reported that: (a) trial length is estimated in 3 or 4 days; (b) plaintiffs intend to present 3 witnesses and defendants 4; (c) there will be no expert witnesses; and (d) there are 14 exhibits to be jointly submitted.

At the telephone conference held on this date, both parties reported having reached an agreement. Plaintiffs' counsel has accepted the Commonwealth Department of Justice's counter-offer and requested until tomorrow, August 8, 2000, in which to conclude some other matters regarding the settlement transaction.

The parties must file with the Clerk of Court their original stipulation **on or before August 11, 2000**.

Jury trial remains set for August 16, 2000, and the setting, by the Court's instructions, will not be vacated until the settlement agreement or motion to dismiss is filed.

**SO ORDERED.**

At San Juan, Puerto Rico, this 7th day of August, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge