IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
AUG 21 2000 PURSUAN
TO FRCP RULES 58 & 79

RAFAEL ROSARIO-FRANQUI and
ELIZABETH PADIN-HERNANDEZ
on
their own behalf and on behalf of the
conjugal partnership constituted by
them

Plaintiffs

vs                                          CIVIL 98-1896CCC

POLICE OFFICER JOSE NEGRON-
VAQUEZ, individually and in his capacity as
Puerto Rico Police Officer; FELIX M.
MELENDEZ-RAMOS, MIGNA
MONTAÑEZ, individually and in their
capacities as Puerto Rico Agent Officers;
LUIS A. SERRANO-ROJAS, individually and
in his capacity as Puerto Rico Police Sergeant;
OFFICER PEDRO TOLEDO-DAVILA in his
personal capacity, JOHN DOE and JANE
DOE, unknown police officers of the
Commonwealth of Puerto Rico

Defendants

## JUDGMENT

Having considered the Pretrial and Settlement Conference Report filed by U.S. Magistrate Judge Delgado-Colón (**docket entry 65**) and the Settlement Agreement filed by the parties on August 9, 2000 (**docket entry 66**), the Settlement Agreement is APPROVED and this action is hereby DISMISSED, with prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on August 15th, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)