IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO





RAFAEL ROSARIO-FRANQUI, et al

VS.   CIVIL 98-1896CCC

**JOSE NEGRON-VAZQUEZ**

## DESCRIPTION OF MOTION

DATE FILED: 11-3-2000   DOCKET: 70   TITLE: Motion for Leave to Withdraw Funds

[x] Plaintiff(s)   [ ] _____
[ ] Defendant(s)

## O-R-D-E-R

_X_ GRANTED.        ___ DENIED.

___ MOOT.           ___ NOTED.

OTHER: _____

_____
_____
_____
_____
_____
_____
_____

November 22, 2000
DATE

CARMEN CONSUELO CEREZO
United States District Judge